

**NUMBERS 13-19-00489-CV AND 13-19-00490-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

G-WIZ TRUCKING, LLC, AND
MARCO KREUSSEL,                                                    Appellants,

v.

GABRIELA IBARRA,                                                    Appellee.

---

### On appeal from the 438th District Court
### of Bexar County, Texas.

---

# ORDER OF ABATEMENT

### Before Chief Justice Contreras and Justices Longoria and Hinojosa
### Order Per Curiam

These causes are before the Court on the agreed motion to abate for purposes of

settlement.

The Court, having examined and fully considered the documents on file and the agreed motion to abate, is of the opinion the agreed motion should be granted. The agreed motion to abate these appeals pending settlement is GRANTED and the appeals are ordered ABATED for sixty days following the entry of this order.

The Court directs appellants to file, on or before June 23, 2020, either (1) a motion to reinstate the appeals, accompanied by appellants' brief in these matters, or (2) a motion to dismiss these appeals pursuant to settlement.

PER CURIAM

Delivered and filed the
24th day of April, 2020.